RECEIVED

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

FLETCHER'S LEGAL SERVICE
6001 7TH PLACE, N.W.
WASHINGTON, DC 20011
202-345-0936

APR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TANYA Lewis
_____,
                   *Plaintiff*

vs.

ADIAN FENTY (MAYOR)
_____
                   *Defendant*

No. 1;07 CV 00429 RMU

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Julius Fletcher _____, having been

duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose
and say:

That my age and date of birth are as follows: 53 / 11.25.53

_____

That the residential or (business) address is : 6001 7th PL. N.W.

That at 4.00 P.M. o'clock a.m./(p.m.) on the 28th day of March

200 7_____

☐ I served the above named defendant(s)     (personally) _____

_____

of the Summons, Complaint and Initial Order at _____ (defendant's name) a copy

_____

☑ I served the above named defendant(s) ADRIAN Fenty

(defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or (business)

at 1350 Penn Ave N.W. _____ with TABATHA BRAXTON _____ a person of

approximately 25 _____ years of age, who stated that he/ she resides therein with the defendant.

SPECIFIC FACTS:

_____
Signature

Subscribed and sworn to before me this _____ day of _____

_____, 20 _____

_____
Deputy Clerk/Notary Public