UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya D. Lewis,<br><br>    Plaintiff,<br><br>    v.<br><br>Adrian Fenty, Mayor<br>District of Columbia<br><br>    Defendant. | C.A. No.: 07-0429 (RMU) |

### DEFENDANT MAYOR ADRIAN FENTY'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO LATE FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Mayor Adrian Fenty,[1] by and through counsel, and pursuant to Fed. Civ. P. R. 6(b), respectfully moves this Court for an enlargement of time to late file a response to plaintiff's Complaint, up to an including May 15, 2007. Plaintiff has consented to the herein requested relief, and no party will suffer any undue prejudice should the Court grant the requested relief.

Detailed grounds for this defendant's motion are set forth in the attached memorandum of points and authorities in support thereto.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

---

[1] Plaintiff named Mayor Fenty only as the party defendant in the caption of his complaint. However, in the body of the Complaint, plaintiff identified the District of Columbia as the party defendant. Based on the allegations in the Complaint, the suit against Mayor Fenty is actually a suit against the District of Columbia.

2

      /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya D. Lewis, <br><br> Plaintiff, <br><br> v. <br><br> Adrian Fenty, Mayor <br> District of Columbia <br><br> Defendants. | C.A. No.: 07-0429 (RMU) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MAYOR ADRIAN FENTY'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO LATE FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of his Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint, defendant Mayor Adrian Fenty herein submits and relies upon the following authorities:

1.    Plaintiff filed the instant action on March 5, 2007, against Mayor Adrian Fenty. However, in the body of the Complaint, plaintiff avers that identifies the District as the party defendant.  See Complaint, at docket entry #1.  Plaintiff alleges that she applied for the position of Electrical Supervisor with the District of Columbia Department of Consumer and Regulatory Affairs several times and despite being the most qualified candidate she was denied the position on the basis of her gender.  *See* Complaint, generally.   According to the plaintiff, she was also treated differently from male employees similarly situated and was retaliated against for her involvement in protected activities.  *See* Complaint, at ¶¶ 33 and 34.

2.    Plaintiff's Complaint consists of 20 pages and 97 allegations.  See Complaint, at docket entry #1.  This defendant needs additional time to respond to the allegations set forth in the Complaint.

3.  Fed. P. Civ. R. 6(b)(2) provides that "upon motion made after the expiration of the specified period [the Court may] permit the act to be done where the failure to act was the result of excusable neglect…."

4.  This defendant moves to extend the time to file a responsive pleading to plaintiff's Complaint until May 15, 2007.  Due to inadvertence, oversight, and the press of other business, this defendant did not timely respond to the complaint, nor move to extend the time to file a responsive pleading to plaintiff's Complaint.

5.  Plaintiff's counsel consents to this requested relief. This defendant believes that he has satisfied the requirements of Rule 6(b)(2), and no party will be unduly prejudiced by the grant of the requested relief.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>    /s/ Patricia A. Jones
>PATRICIA A. JONES [428132]
>Chief, General Litigation, Section IV
>
>    /s/ Leticia L. Valdes
>LETICIA L. VALDES [0461327]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 442-9845; (202) 727-6295

3

**CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on May 1, 2007, the undersigned communicated with John F. Mercer, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.

                                                /s/ Leticia L. Valdes
                                                LETICIA L. VALDES

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tanya D. Lewis,<br><br>    Plaintiff,<br><br>    v.<br><br>Adrian Fenty, Mayor<br>District of Columbia<br><br>    Defendants. | C.A. No.: 07-0429 (RMU) |

**ORDER**

Upon consideration of defendant Adrian Fenty's Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint, it is by the Court this _____ day of _____, 2007,

ORDERED:   that Defendant's Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendant Mayor Adrian Fenty's response to plaintiff's Complaint shall be filed on or before May 15, 2007.

_____
Judge Ricardo M. Urbina