**FLETCHER'S LEGAL SERVICE**
**6001 7TH PLACE, N.W.**
**WASHINGTON, DC 20011**
**202-345-0936**

_Tanya Lewis_, 
_Plaintiff_

vs.

_District of Columbia_, 
_Defendant_

No. _1:07-CV-429 RMU_

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, _Julius Fletcher_ _____, having been duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: _53 / 11-25-53_

That the residential or business address is: _6001 7th Pl. N.W. WDC_

That at _2:45_ o'clock a.m./(p.m) on the _23RD_ day of _MAY_ 20_07_.

☐ I served the above named defendant(s)   (personally) _____

_____ (defendant's name) a copy of the Summons, Complaint and Initial Order at _____

☑ I served the above named defendant(s) _District of Columbia_ (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business at _1350 Penn Ave N.W. (4th Floor)_ with _Ms Tabatha_ a person of approximately _25_ years of age, who stated that he/ she resides therein with the defendant.

SPECIFIC FACTS:

**RECEIVED**
Subscribed and sworn to before me this _____ day of _____, 20 ____
MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Signature

_____
Deputy Clerk/Notary Public

**FLETCHER'S LEGAL SERVICE**
**6001 7TH PLACE, N.W.**
**WASHINGTON, DC 20011**
**202-345-0936**

___TANYA Lewis___,
*Plaintiff*

vs.

___DC Dept of Consumer &___
___Regulatory Affairs___  *Defendant*

No. ___1:07-CV-429 RMU___

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, ___Julius Fletcher___, duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: ___53 / 11.25.53___

That the residential or (business) address is: ___6001 7th PL. N.W. WDC___

That at ___4:17___ o'clock a.m. (p.m.) on the ___23RD___ day of ___MAY___ 20___07___.

☐ I served the above named defendant(s)   (personally) _____

_____ (defendant's name) a copy of the Summons, Complaint and Initial Order at _____

☒ I served the above named defendant(s) ___DC Dept of Consumer & Regulatory Affairs___ (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business at ___The Office of The Atty General For The District of Columbia___ with ___Darlene Fields___ a person of approximately ___45___ years of age, who stated that he/ she resides therein with the defendant.

SPECIFIC FACTS:

_____
Signature

Subscribed and sworn to before me this _____ day of _____, 20 _____

_____
Deputy Clerk/Notary Public

**RECEIVED**
**MAY 2 5 2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**