**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tanya D. Lewis, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>District of Columbia, District of )<br>Columbia, Department of )<br>Consumer and Regulatory Affairs, )<br>    Defendant. )<br>)<br>_____ ) | C.A. No.: 07-0429 (RMU) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGMENT OF TIME WITHIN WHICH TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND/ OR MOTION FOR SUMMARY JUDGMENT.**

Plaintiff, Tanya D. Lewis (hereinafter "Lewis"), by and through counsel, and pursuant to Fed. Civ. P. R. 6(b), respectfully moves this Court for an enlargement of time within which to file a response to Defendant's Motion to Dismiss and/ or for Summary Judgment, up to and including June 29, 2007.  Defendant has consented to the herein requested relief, and no party will suffer any undue prejudice should the Court grant the requested relief.

Detailed grounds for this plaintiff's motion are set forth in the attached memorandum of points and authorities in support thereto.

                                          Respectfully submitted,

                                          /s/John F. Mercer_____
                                          **JOHN F. MERCER**
                                          Counsel for Plaintiff

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tanya D. Lewis, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>District of Columbia, District of )<br>Columbia, Department of )<br>Consumer and Regulatory Affairs, )<br>Defendants. )<br>)<br>_____) | C.A. No.: 07-0429 (RMU) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

In support of her Consent Motion for Enlargement of Time within which to File an Opposition to Defendant's Motion to Dismiss and/ or for Summary Judgment, Plaintiff Tanya D. Lewis herein submits and relies upon the following authorities:

1. Defendant filed the Motion to Dismiss and/ or for Summary Judgment in the instant action on June 1, 2007.

2. Defendant's Motion to Dismiss and/ or for Summary Judgment consists of 13 pages and 8 allegations.  See Motion, at docket entry # 8.  This plaintiff needs additional time to respond to the allegations set forth in the Motion.

3. Fed. R. Civ. P. (6)(b)(1) provides that "[the Court may], for cause shown, any time in its discretion, with or without motion or notice, order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order."

4. This plaintiff moves to extend the time to file an opposition to Defendant's Motion to Dismiss and/ or for Summary Judgment until June 29, 2007. The press of other litigation, before the U.S. District Court for the District of Columbia as well as several administrative agencies, this plaintiff, has left plaintiff's counsel with insufficient time to adequately analyze and respond to the issues raised in the Motion.

5. This plaintiff has not previously requested an enlargement of time regarding this Motion.

6. Defendant's counsel consents to this requested relief. This plaintiff believes that she has satisfied the requirements of Rule 6(b)(1), and neither party will be unduly prejudiced by the grant of the requested relief.

> Respectfully submitted,
>
> ___/s/ John F. Mercer___
> **JOHN F. MERCER**
> Bar #184549
> Counsel for Plaintiff
> 1025 Connecticut Avenue, N.W.
> Suite 1011
> Washington, D.C. 20036-5548
> (202) 466.3830
> (240) 535-8758

## **CERTIFICATE PURSUANT TO RULE 7(m)**

      I hereby certify that on June 15, 2007, the undersigned communicated with Leticia L. Valdez and Leah Brownlee Taylor, defendant's counsel, regarding the relief herein sought, and consent was granted.


                                ____/s/John F. Mercer___
                                JOHN F. MERCER
                                Counsel for Plaintiff

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya D. Lewis, | ) |
|        Plaintiff, | ) |
| v. | ) C.A. No.: 07-0429 (RMU) |
| District of Columbia, District of Columbia, Department of Consumer and Regulatory Affairs, | ) |
|        Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time Within Which to File an Opposition to Defendant's Motion to Dismiss and/ or for Summary Judgment, it is by the Court this _____ day of _____, 2007,

ORDERED: that Plaintiff's Motion for Enlargement of Time to File an Opposition to Defendant's Motion to Dismiss and/or for Summary Judgment is hereby GRANTED, and it is,

FURTHER ORDERED: that plaintiff Tanya Lewis's Opposition to defendant's Motion to Dismiss and/ or for Summary Judgment shall be filed on or before June 29, 2007.

_____
Judge Ricardo M. Urbina