# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TANYA D. LEWIS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   07-0429 (RMU) |
| | : | |
| v. | : | Document No.:   8 |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| and | : | |
| | : | |
| DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in the accompanying Memorandum Opinion, it is this 24th day of January, 2008,

**ORDERED** that the defendant's motion to dismiss is **GRANTED in part** and **DENIED in part**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge