# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya D. Lewis, <br><br> Plaintiff, <br><br> v. <br><br> Adrian Fenty, Mayor <br> District of Columbia, <br><br> Defendant. | C.A. No.: 07-0429 (RMU) |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant District of Columbia, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court for an enlargement of time to file a response to plaintiff's Complaint, up to an including February 21, 2008, and as grounds state as follows:

1. Plaintiff filed her First Amended Complaint in this matter on May 14, 2007. It contains at least 97 separate allegations. See First Amended Complaint, at docket entry #6. On or about June 1, 2007, the District of Columbia filed its Motion to Dismiss plaintiff's claims. See Motion to Dismiss, at docket entry #8. On January 24, 2008, this Court issued its Order granting in part and denying in part this defendant's motion to Dismiss.

2. This defendant's response to plaintiff's First Amended Complaint is due on or about February 7, 2008. Undersigned counsel requires additional time to review the lengthy allegations set forth in plaintiff's First Amended Complaint and to prepare this defendant's response.

3.	Fed. R. Civ. P. 6(b)(1) provides that the court may at any time in its discretion "with or without motion or notice order the period enlarged if request thereof is made before the expiration of the period originally prescribed…." This motion is being filed prior to the expiration of the prescribed period. This defendant moves to extend the time to file a responsive pleading to plaintiff's Amended Complaint until February 21, 2008.

4.	Plaintiff's counsel consents to this request. This defendant believes that it has satisfied the requirements of Rule 6(b)(1), and no party will be unduly prejudiced by the grant of the requested relief.

This defendant has attached hereto, a memorandum of points and authorities in support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

2

**CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on February 7, 2008, the undersigned communicated with John F. Mercer, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.

                                        /s/ Leticia L. Valdes
                                 LETICIA L. VALDES

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tanya D. Lewis, | |
|     Plaintiff, | |
|     v. | C.A. No.: 07-0429 (RMU) |
| Adrian Fenty, Mayor<br>District of Columbia | |
|     Defendant. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

In support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint, defendant District of Columbia herein submits and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1);
2. The entire record herein;
3. Judicial economy;
4. The lack of undue prejudice to the parties;
5. Plaintiff's consent; and
6. The Court's equitable powers.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya D. Lewis,<br><br>  Plaintiff,<br><br>  v.<br><br>Adrian Fenty, Mayor<br>District of Columbia<br><br>  Defendant. | C.A. No.: 07-0429 (RMU) |

## **ORDER**

Upon consideration of defendant District of Columbia's Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint, it is by the Court this _____ day of _____, 2008,

ORDERED:   that the defendant's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendant District of Columbia's response to plaintiff's First Amended Complaint shall be filed on or before February 21, 2008.

               _____
               Judge Ricardo M. Urbina