REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)    CATEGORY:    "H"

| CAUSE OF ACTION: | Employment Discrimination | | | |
|---|---|---|---|---|
| CASE NO:<br>C.A. 07-0429 | DATE REFERRED:<br>May 27, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussion | JUDGE:<br>Ricardo M. Urbina | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>Tanya D. Lewis | | DEFENDANT(S):<br>Adrian Fenty, Mayor of the District of Columbia | | |
| ENTRIES:<br>Case referred to Magistrate Judge Facciola for a Settlement Conference to be held on 10/3/2008, at 10:00 a.m. | | | | |