UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TANYA D. LEWIS                             :
                                           :
            Plaintiff,                     :       Civil Action No.: 07-0429 (RMU)
                                           :
        v.                                 :
                                           :
DISTRICT OF COLUMBIA,                      :
                                           :
        And                                :
                                           :
DISTRICT OF COLUMBIA                       :
DEPARTMENT OF CONSUMER AND                 :
REGULATORY AFFAIRS,                        :
                                           :
            Defendants.                    :

## CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL, JOHN F. MERCER

Counsel for Plaintiff, Tanya Lewis, informs the Court and Counsel for the Defendants of the following change of his address:

> John F. Mercer, Esq.
> Mercer Law Associates, PLLC
> 1629 K Street, N.W.
> Suite 300
> Washington D.C. 20036
> Office: 202. 349.1686
> Mobile: 240.535.8758
> Fax: 240.206.8486
> Email: jmjmercer@aol.com

Please note this information for the record.

Respectfully submitted,

_____
John F. Mercer

Dated: July 28, 2008