UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TANYA D. LEWIS | : | |
|             Plaintiff, | : | Civil Action No.: 07-0429 (RMU) |
| v. | : | |
| DISTRICT OF COLUMBIA, | : | |
|     And | : | |
| DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS, | : | |
|             Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KELLY FALLS

I, John F. Mercer, a member in good standing of the U.S. District Court for the District of Columbia and admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2(d), to permit Kelly Falls to participate as counsel *pro hac vice* for plaintiff Tanya Lewis in the above-captioned matter. In support thereof, I state the following:

1.    I am counsel with the firm of Mercer Law Associates, PLLC and acquainted with Ms. Falls.

2.    Ms. Falls is an associate attorney in the Washington, D.C. office of McDermott Will & Emery LLP, located at 600 13th Street, N.W., Washington, D.C. 20005, (202) 756-8290.

3.    Ms. Falls is fully familiar with the facts and proceedings in this matter.

- 2 -

4.  Ms. Falls is a member in good standing of the bar of Illinois, to which she was admitted in 2007. She is also admitted in the First, District of Columbia and Federal Circuit Courts of Appeals.

5. Ms. Falls is not currently and has never previously been the subject of any disciplinary investigation, action, or grievance procedure, by any state or federal bar association or administrative agency.

6. In support of this motion, attached as Exhibit 1 hereto is the Declaration of Kelly Falls.

WHEREFORE, it is respectfully requested that Kelly Falls be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2(d).

DATED:     July 25, 2008                          RESPECTFULLY SUBMITTED,

                                    By: _____
                                        John F. Mercer, Esq.,
                                        MERCER LAW ASSOCIATES, PLLC.
                                        1629 K Street, N.W.
                                        Suite 300
                                        Washington, D.C. 20036
                                        Office: 202.349.1686
                                        Fax: 240.206.8486
                                        Email:jmjmercer@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28, 2008 [28th J.F.M.] the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system upon Linda Singer, Attorney General for the District of Columbia, 441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001.

_____
John F. Mercer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANYA D. LEWIS : | |
| : | |
| Plaintiff, : | Civil Action No.: 07-0429 (RMU) |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| And : | |
| : | |
| DISTRICT OF COLUMBIA : | |
| DEPARTMENT OF CONSUMER AND : | |
| REGULATORY AFFAIRS, : | |
| : | |
| Defendants. : | |

**DECLARATION BY KELLY FALLS BEFORE**
**THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

As directed by Local Rule 83.2(b), I swear to the following:

1.   My name is Kelly Falls

2.   I am an associate attorney in the law firm McDermott Will & Emery LLP, 600 Thirteenth Street, NW, Washington, DC 20005, telephone 202-756-8290.

3.   I am admitted in good standing to the bar of Illinois.

4.   I am not currently and have never previously been the subject of any disciplinary investigation, action, or grievance procedure, by any state or federal bar association or administrative agency.

5.      I have never been admitted before the U.S. District Court for the District of Columbia as pro hac vice.

DATED:      July 25, 2008                    RESPECTFULLY SUBMITTED,

                                    By:   *Kelly Falls* (signature)
                                          Kelly Falls
                                          McDermott Will & Emery LLP
                                          600 Thirteenth Street, N.W.
                                          Washington, DC 20005
                                          Telephone: (202) 756-8000
                                          Facsimile: (202) 765-8087