UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TANYA D. LEWIS | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 07-0429 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| And | : | |
| | : | |
| DISTRICT OF COLUMBIA | : | |
| DEPARTMENT OF CONSUMER AND | : | |
| REGULATORY AFFAIRS, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL M. THOMPSON

I, John F. Mercer, a member in good standing of the U.S. District Court for the District of Columbia and admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2(d), to permit Paul M. Thompson to participate as counsel *pro hac vice* for plaintiff Tanya Lewis in the above-captioned matter. In support thereof, I state the following:

1. I am counsel with the firm of Mercer Law Associates, PLLC and acquainted with Mr. Thompson.

2. Mr. Thompson is a partner in the Washington, D.C. office of McDermott Will & Emery LLP, located at 600 13th Street, N.W., Washington, D.C. 20005, (202) 756-8032.

3. Mr. Thompson is fully familiar with the facts and proceedings in this matter.

4. Mr. Thompson is a member in good standing of the bar of the District of Columbia, to which he was admitted in 2007 and the bar of Pennsylvania, to which he was admitted in 1998.

5. Mr. Thompson is not currently and has never previously been the subject of any disciplinary investigation, action, or grievance procedure, by any state or federal bar association or administrative agency.

6. In support of this motion, attached as Exhibit 1 hereto is the Declaration of Paul M. Thompson.

WHEREFORE, it is respectfully requested that Paul M. Thompson be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2(d).

DATED:   July 28th, 2008                            RESPECTFULLY SUBMITTED,

By: _____
John F. Mercer, Esq.,
MERCER LAW ASSOCIATES, PLLC.
1629 K Street, N.W.
Suite 300
Washington, D.C. 20036
Office: 202.349.1686
Fax: 240.206.8486
Email:jmjmercer@aol.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28th, 2008 the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system upon Linda Singer, Attorney General for the District of Columbia, 441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001.

_____
John F. Mercer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANYA D. LEWIS | : |
| Plaintiff, | : Civil Action No.: 07-0429 (RMU) |
| v. | : |
| DISTRICT OF COLUMBIA, | : |
| And | : |
| DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS, | : |
| Defendants. | : |

**DECLARATION BY PAUL M. THOMPSON BEFORE
THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

As directed by Local Rule 83.2(b), I swear to the following:

1. My name is Paul M. Thompson

2. I am a partner in the law firm McDermott Will & Emery LLP, 600 Thirteenth Street, NW, Washington, DC 20005, telephone 202-756-8000.

3. I am admitted in good standing to the bars of the District of Columbia and Pennsylvania.

4. I am not currently and have never previously been the subject of any disciplinary investigation, action, or grievance procedure, by any state or federal bar association or administrative agency.

5. I have never been admitted before the U.S. District Court for the District of Columbia as pro hac vice.

6. I am a member of the Bar of the District of Columbia.

DATED:   July 25, 2008                          RESPECTFULLY SUBMITTED,

By: _____
Paul M. Thompson
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 756-8000
Facsimile: (202) 765-8087