UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANYA D. LEWIS,  :<br>          :<br>    Plaintiff  :<br>          :<br>    v.      :<br>          :<br>DISTRICT OF COLUMBIA,  :<br>          :<br>    and    :<br>          :<br>DISTRICT OF COLUMBIA  :<br>DEPARTMENT OF CONSUMER AND  :<br>REGULATORY AFFAIRS,  :<br>          :<br>    Defendants.  :<br>_____:  | Civil Action No.: 07-0429 (RMU) |

### MOTION FOR ADMISSION PRO HAC VICE OF JEFFREY W. MIKONI

I, John F. Mercer, a member in good standing of the District of Columbia Bar and admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2(d), to permit Jeffrey W. Mikoni to participate as counsel *pro hac vice* for plaintiff Tanya Lewis in the above-captioned matter. In support thereof, I state the following:

1.　I am counsel with the firm of Mercer Law Associates, PLLC and acquainted with Mr. Mikoni.

2.　Mr. Mikoni is an associate in the Washington, D.C. office of McDermott Will & Emery LLP, located at 600 13th Street, N.W., Washington, D.C. 20005, telephone (202) 756-8079.

3.　Mr. Mikoni is fully familiar with the facts and proceedings in this matter.

4.     Mr. Mikoni is a member in good standing of the bar of the District of Columbia, to which he was admitted in 2006 and the Commonwealth of Virginia, to which he was admitted in 2005.

5.     Mr. Mikoni is admitted to practice, and is presently in good standing, before the following courts:

| **Jurisdiction** | **Date of Admission** |
| --- | --- |
| U.S. District Court for the Northern District of Illinois | 05/20/08 |
| U.S. Court of Appeals for the First Circuit | 07/03/08 |
| U.S. Court of Appeals for the Fourth Circuit | 05/23/08 |
| U.S. Court of Appeals for the Seventh Circuit | 04/11/06 |
| U.S. Court of Appeals for the District of Columbia | 06/16/08 |
| District of Columbia Court of Appeals | 12/11/06 |

6. Mr. Mikoni is not currently and has never previously been the subject of any disciplinary investigation, action, or grievance procedure, by any state or federal bar association or administrative agency.

7. In support of this motion, attached as Exhibit 1 hereto is the Declaration of Jeffrey W. Mikoni.

WHEREFORE, it is respectfully requested that Jeffrey W. Mikoni be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2(d).

DATED:   July 28, 2008                          RESPECTFULLY SUBMITTED,

                                                By:  _____
                                                John F. Mercer, Esq.
                                                MERCER LAW ASSOCIATES, PLLC
                                                1629 K Street, N.W.
                                                Suite 300
                                                Washington, D.C.  20036
                                                Office:  (202) 349-1686
                                                Fax:  (240) 206-8486
                                                Email:  jmjmercer@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28, 2008 [handwritten: 28th J.F.M.] the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system upon Linda Singer, Attorney General for the District of Columbia, 441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001.

_____
John F. Mercer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANYA D. LEWIS, : <br> : <br> Plaintiff : <br> : Civil Action No.: 07-0429 (RMU) <br> v. : <br> : <br> DISTRICT OF COLUMBIA, : <br> : <br> and : <br> : <br> DISTRICT OF COLUMBIA : <br> DEPARTMENT OF CONSUMER AND : <br> REGULATORY AFFAIRS, : <br> : <br> Defendants. : <br> _____: | |

**DECLARATION BY JEFFREY W. MIKONI BEFORE THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

As directed by Local Rule 83.2(b), I swear to the following:

1.   My name is Jeffrey W. Mikoni.

2.   I am associate attorney in the law firm McDermott Will & Emery LLP, 600 Thirteenth Street, NW, Washington, DC 20005, telephone 202-756-8079.

3.   I am admitted in good standing to the bars of the District of Columbia and the Commonwealth of Virginia, as well as several federal courts of appeals.

4.   I am not currently and have never previously been the subject of any disciplinary investigation, action, or grievance procedure, by any state or federal bar association or administrative agency.

5.  I have never been admitted before the U.S. District Court for the District of Columbia as pro hac vice.

6.  I am a member of the Bar of the District of Columbia.

DATED:   July 25, 2008                           RESPECTFULLY SUBMITTED,

By: /s/

Jeffrey W. Mikoni
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 756-8000
Facsimile: (202) 765-8087